IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LOUIS RAY MARCHETTI,

    Plaintiff,

v.                         CASE NO. 1:20cv30-RH-GRJ

OFFICER ROSS et al.,

    Defendants.

_____/

ORDER DISMISSING THE CLAIMS
AGAINST THE DEFENDANT WARDEN

    This case is before the court on the magistrate judge's report and recommendation, ECF No. 18. No objections have been filed. Upon consideration,

    IT IS ORDERED:

    1. The report and recommendation is accepted and adopted as the court's opinion.

    2. The claims against the defendant John Doe, Warden for Cross City C.I., are dismissed for failure to state a claim upon which relief can be granted.

3. I do *not* direct the entry of judgment under Federal Rule of Civil Procedure 54(b).

4. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on July 14, 2020.

                                                        <u>s/Robert L. Hinkle</u>
                                                      United States District Judge